1 | ERIN M. TOBIN (State Bar No. 234943)
etobin@earthjustice.org
2 | MICHAEL R. SHERWOOD (State Bar No. 63702)
msherwood@earthjustice.org
3 | Earthjustice
426 17th Street
4 | Oakland, CA 94612
(510) 550-6725
5 | (510) 550-6749 fax

6 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

C 07  6404

CENTER FOR BIOLOGICAL DIVERSITY,        ) Civ. No.
                                        )
        Plaintiff,                      )
                                        )
    v.                                  ) CERTIFICATION OF INTERESTED
                                        ) ENTITIES OR PERSONS
                                        )
DIRK KEMPTHORNE, in his official capacity )
as Secretary of the Interior; H. DALE HALL, in )
his official capacity as Director, United States )
Fish and Wildlife Service; and UNITED   )
STATES FISH AND WILDLIFE SERVICE,       )
an agency of the United States Department of )
the Interior,                           )
                                        )
        Defendants.                     )
_____ )

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: December 19, 2007            Respectfully submitted,

                                    /s/ Erin M. Tobin
                                    _____
                                    ERIN M. TOBIN

                                    Counsel for Plaintiff

CERTIFICATION OF INTERESTED ENTITITES