ERIN M. TOBIN (State Bar No. 234943)
etobin@earthjustice.org
MICHAEL R. SHERWOOD (State Bar No. 63702)
msherwood@earthjustice.org
Earthjustice
426 17th Street
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.*, <br><br> Defendants. | Civ. No. <br><br> **(PROPOSED) ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

### (PROPOSED) ORDER

Upon consideration of plaintiff's Administrative Motion to Consider Whether Cases Should Be Related, and any other papers supporting and opposing the motion, IT IS ORDERED that the Administrative Motion to Consider Whether Cases Should Be Related is GRANTED.

DATED:

_____
United States District Judge

(PROPOSED) ORDER                                                                                              1