ERIN M. TOBIN (State Bar No. 234943)
etobin@earthjustice.org
MICHAEL R. SHERWOOD (State Bar No. 63702)
msherwood@earthjustice.org
Earthjustice
426 17th Street
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; H. DALE HALL, in his official capacity as Director, United States Fish and Wildlife Service; and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States Department of the Interior,<br><br>    Defendants. | Civ. No. C-07-6404 EMC<br><br>CERTIFICATE OF SERVICE |

    I am a citizen of the United States of America and a resident of the City and County of San Francisco; I am over the age of 18 years and not a party to the within entitled action; my business address is 426 17th Street, 5th Floor, Oakland, California.

    I hereby certify that on December 19, 2007, I served by U.S. Certified Mail one true copy of the following documents:

- Summons In A Civil Case;
- Complaint for Declaratory and Injunctive Relief;
- Certification of Interested Entities or Persons;
- Administrative Motion to Consider Whether Cases Should Be Related (and Proposed Order);
- Order Setting Initial Case Management Conference and Standing Order;
- Notice of Assignment of Case to a United States Magistrate Judge for Trial (and attachments); and

CERTIFICATE OF SERVICE -- CASE NO. C-07-6404 EMC      1

- *Welcome to the U.S. District Court, San Francisco* packet

on the persons listed below:

> Dirk Kempthorne
> Secretary of the Interior
> U.S. Department of Interior
> 1849 C Street, NW
> Washington, DC 20240
>
> H. Dale Hall, Director
> U.S. Fish & Wildlife Service
> 1849 C Street, NW
> Washington, DC 20240
>
> U.S. Fish & Wildlife Service
> 1849 C Street, NW
> Washington, DC 20240
>
> Michael B. Mukasey
> U.S. Attorney General
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
>
> Scott N. Schools
> United States Attorney
> 450 Golden Gate Ave., 11th Floor
> San Francisco, CA 94102

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2007 in Oakland, California.

_____
John W. Wall

CERTIFICATE OF SERVICE -- CASE NO. C-07-6404 EMC                               2