1  ERIN M. TOBIN (State Bar No. 234943)
   etobin@earthjustice.org
2  MICHAEL R. SHERWOOD (State Bar No. 63702)
   msherwood@earthjustice.org
3  Earthjustice
   426 17th Street
4  Oakland, CA 94612
   (510) 550-6725
5  (510) 550-6749 fax

6  Attorneys for Plaintiff

7              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                   SAN FRANCISCO DIVISION

9
   CENTER FOR BIOLOGICAL DIVERSITY,   ) Civ. No. C-07-6404 WHA
10                                     )
            Plaintiff,                 )
11                                     ) CERTIFICATE OF SERVICE
       v.                              )
12                                     )
   DIRK KEMPTHORNE, in his official capacity )
13 as Secretary of the Interior; H. DALE HALL, in )
   his official capacity as Director, United States )
14 Fish and Wildlife Service; and UNITED  )
   STATES FISH AND WILDLIFE SERVICE,  )
15 an agency of the United States Department of )
   the Interior,                       )
16                                     )
            Defendants.                )
17 _____)

18     I am a citizen of the United States of America and a resident of the City and County of San

19 Francisco; I am over the age of 18 years and not a party to the within entitled action; my business

20 address is 426 17th Street, 5th Floor, Oakland, California.

21     I hereby certify that on January 3, 2008, I served by U.S. first class mail one true copy of the

22 following documents:

23     • Related Case Order;

24     • Clerk's Notice Scheduling Initial Case Management Conference on Reassignment;
         and

25     • Supplemental Order to Order Setting Initial Case Management Conference in Civil
         Cases Before Judge William Alsup;
26
   on the persons listed below:
27

28

CERTIFICATE OF SERVICE -- CASE NO. C-07-6404 WHA                                                    1

1  Dirk Kempthorne
   Secretary of the Interior
2  U.S. Department of Interior
   1849 C Street, NW
3  Washington, DC 20240

4  H. Dale Hall, Director
   U.S. Fish & Wildlife Service
5  1849 C Street, NW
   Washington, DC 20240
6
   U.S. Fish & Wildlife Service
7  1849 C Street, NW
   Washington, DC 20240
8
   Michael B. Mukasey
9  U.S. Attorney General
   950 Pennsylvania Avenue, NW
10 Washington, DC 20530-0001

11 Scott N. Schools
   United States Attorney
12 450 Golden Gate Ave., 11th Floor
   San Francisco, CA 94102
13
        I certify under penalty of perjury that the foregoing is true and correct. Executed on
14
   January 3, 2008 in Oakland, California.
15
                                                    _____
16                                                            John W. Wall
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE -- CASE NO. C-07-6404 WHA                                        2