1  RONALD J. TENPAS, Assistant Attorney General
   JEAN E. WILLIAMS, Chief
2  JOSEPH H. KIM, Trial Attorney
   United States Department of Justice
3  Environment and Natural Resources Division
   Wildlife and Marine Resources Section
4  P.O. Box 7369
   Washington, D.C. 20044-7369
5  (202) 305-0207
   (202) 305-0275 (fax)
6  joseph.kim@usdoj.gov

7  Attorneys for Defendants Dirk Kempthorne,
   H. Dale Hall, and U.S. Fish & Wildlife Service
8

9                       UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | |
| ) | NO. C-07-6404-WHA |
| Plaintiff, ) | |
| ) | **STIPULATED EXTENSION OF TIME** |
| v. ) | **TO ANSWER** |
| ) | |
| KEMPTHORNE, et al., ) | |
| ) | |
| Defendants, ) | |

Plaintiff, Center for Biological Diversity, and Defendants, Dirk Kempthorne, sued in his official capacity as Secretary of the Interior, H. Dale Hall, sued in his official capacity as Director of the United States Fish and Wildlife Service, and the United States Fish and Wildlife Service, pursuant to Civil L.R. 6-1(a), present this stipulation to extend the time to answer or otherwise plead to March 13, 2008.

Dated:  February 19, 2008            Respectfully submitted,

                                      s/ Erin M. Tobin (by J. Kim, w/ permission)
                                     ERIN M. TOBIN (State Bar No. 234943)
                                     MICHAEL R. SHERWOOD (State Bar No. 63702)
                                     Earthjustice
                                     426 17th Street

Oakland, CA 94612
(510) 550-6725

Attorneys for Plaintiff

RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Chief
  s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0207
joseph.kim@usdoj.gov

Attorneys for Defendants

STIPULATED EXTENSION OF TIME TO ANSWER - 2
C-07-6404-WHA