RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Chief
JOSEPH H. KIM, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0207
(202) 305-0275 (fax)
joseph.kim@usdoj.gov

Attorneys for Defendants Dirk Kempthorne,
H. Dale Hall, and U.S. Fish & Wildlife Service

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEMPTHORNE, et al., ) <br> ) <br> Defendants, ) | NO. C-07-6404-WHA <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME REGARDING THE ANSWER, JOINT CASE MANAGEMENT CONFERENCE STATEMENT, AND CASE MANAGEMENT CONFERENCE** |

Plaintiff, Center for Biological Diversity, and Defendants, Dirk Kempthorne, sued in his official capacity as Secretary of the Interior, H. Dale Hall, sued in his official capacity as Director of the United States Fish and Wildlife Service, and the United States Fish and Wildlife Service, pursuant to Civil L.R. 6-1(b) and (2), present this stipulated request for an order changing the time to answer or otherwise plead, for the filing of the joint case management conference statement, and for the case management conference. In support thereof, the parties state as follows:

1. Plaintiff filed the Complaint in this matter on December 19, 2007. Pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure, Defendants' Answer may have been due as early as February 19, 2008.

2. The parties have been and are currently in settlement negotiations that appear to have a reasonable probability of resulting in a settlement of this matter. In light of these circumstances, the parties have previously stipulated to an extension of time, pursuant to Civil L.R. 6-1(a), for Defendants to answer or otherwise plead until March 13, 2008 [Docket No. 10].

3. The joint case management conference statement is currently due on March 13, 2008, and the case management conference is currently set for March 20, 2008 at 11:00 a.m.

4. Although these settlement negotiations have not yet resulted in a settlement of this matter, it continues to appear that there is a reasonable probability of settlement. In order to focus on settlement, and avoid potentially unnecessary expense or waste of judicial resources, the parties now submit this stipulated request for an order changing the time to answer or otherwise plead, for the filing of the joint case management conference statement, and for the case management conference.

5. At present, the parties believe that they should know whether they will have reached a settlement and, if so, obtained their necessary approvals, by April 11, 2008. Accordingly, the parties request an order changing the time to answer or otherwise plead and for the filing of the joint case management conference statement to April 11, 2008. In the event that the parties are able to submit a stipulated settlement agreement by that date, the parties propose that such an agreement may be submitted in lieu of these filings and that the case management conference simply be stricken. If, however, the parties are unable to submit a stipulated settlement agreement by that date,

STIPULATED REQUEST FOR ORDER CHANGING TIME - 2
C-07-6404-WHA

the parties request that the case management conference be set for April 17, 2008, or whatever date thereafter that may be convenient for the Court.

6. Because no other dates have been set on the schedule for this case, this stipulated request will not necessarily effect the schedule for this case.

7. The parties acknowledge that Civil L.R. 6-1(b) requires that this stipulated request be filed at least 10 days before any scheduled court hearing, and that there are now less than 10 days before the case management conference currently scheduled for March 20, 2008.  Nonetheless, in light of the current circumstances, the parties seek to have this Court grant this stipulated request *instanter*.

Dated:  March 12, 2008              Respectfully submitted,

   s/ Erin M. Tobin (by J. Kim, w/ permission)
ERIN M. TOBIN (State Bar No. 234943)
MICHAEL R. SHERWOOD (State Bar No. 63702)
Earthjustice
426 17th Street
Oakland, CA 94612
(510) 550-6725

Attorneys for Plaintiff


RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Chief
    s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0207
joseph.kim@usdoj.gov

Attorneys for Defendants

STIPULATED REQUEST FOR ORDER CHANGING TIME - 3
C-07-6404-WHA

1
2       PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
        Dated: this _____ day of _____ 2008.
4
5
                                                _____
                                                William H. Alsup
6                                               United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  STIPULATED REQUEST FOR ORDER CHANGING TIME - 4
    C-07-6404-WHA