IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

  v.

DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, H. DALE HALL, in his official capacity as Director, United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States Department of the Interior,

    Defendants.

No. C 07-06404 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **CONTINUES** the case management conference to **APRIL 3, 2008, AT 11:00 A.M.** All initial deadlines are extended accordingly. Please note the answer remains due on March 13, 2008.

**IT IS SO ORDERED.**

Dated: March 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE