ERIN M. TOBIN (State Bar No. 234943)
etobin@earthjustice.org
MICHAEL R. SHERWOOD (State Bar No. 63702)
msherwood@earthjustice.org
Earthjustice
426 17th Street
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | Civ. No. C-07-6404 WHA |
| ) | |
| Plaintiff, ) | **[PLAINTIIFF'S PROPOSED] CASE MANAGEMENT ORDER** |
| ) | |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

    Upon consideration of the parties' Joint Case Management Statement, and arguments at the April 3, 2008 hearing, it is hereby ORDERED:

    (a) Defendants will file the Administrative Record by April 21, 2008.

    (b) Motions relating to the Administrative Record shall be filed within 60 days after the Defendants' filing of the Administrative Record.

    (c) Plaintiff's Motion for Summary Judgment shall be filed within 60 days after all Administrative Record issues have been resolved, or if there are no such issues, within 60 days after Defendants file the Administrative Record; Defendant's Opposition shall be filed within 30 days thereafter; and Plaintiff's Reply shall be filed within 20 days thereafter.

    (d) A hearing on Plaintiff's motion for summary judgment shall be on _____, 2008 at _:____ _.m.

DATED:

                                                                                                   United States District Judge