RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Chief
JOSEPH H. KIM, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0207
(202) 305-0275 (fax)
joseph.kim@usdoj.gov

Attorneys for Defendants Dirk Kempthorne,
H. Dale Hall, and U.S. Fish & Wildlife Service

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEMPTHORNE, et al., ) <br> ) <br> Defendants, ) | NO. C-07-6404-WHA <br><br> **[DEFENDANTS' PROPOSED] CASE MANAGEMENT ORDER** |

Upon consideration of the parties Joint Case Management Statement and the parties' arguments at the case management conference held on April 3, 2008, it is hereby ORDERED:

1. Defendants shall file a motion for voluntary remand by May 1, 2008. Defendants' motion shall include their proposed remand schedule, and any supporting declarations shall also be due by May 1, 2008.

2. Plaintiff shall file its responsive brief by May 29, 2008.

3. Defendants shall file their reply brief by June 12, 2008.

4. Hearing on Defendants' motion for voluntary remand shall be on _____, 2008, at \_\_:\_\_ \_.m.

Dated: this _____ day of _____ 2008.

_____
William H. Alsup
United States District Judge

[PROPOSED] CASE MANAGEMENT ORDER - 2
C-07-6404-WHA