JOHN C. CRUDEN
Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0210 (tel)
(202) 305-0275 (fax)

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff,<br><br>    v.<br><br>KEN SALAZAR, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civ. No. C-07-6404 WHA

**STIPULATION TO MODIFY
CONSENT DECREE**

Plaintiff, Center for Biological Diversity, and Defendants, Ken Salazar, sued in his

official capacity as Secretary of the Interior, Sam Hamilton, sued in his official capacity as

Director of the United States Fish and Wildlife Service, and the United States Fish and Wildlife

Service, by and through their undersigned counsel, state as follows:

WHEREAS, the United States Fish and Wildlife Service ("Service"), pursuant to the

1

Endangered Species Act ("ESA"), 16 U.S.C. § 1533(a)(3)(A), published a final rule designating critical habitat for the California red-legged frog (*Rana aurora draytonii*).  71 Fed. Reg. 19244 (April 13, 2006).

WHEREAS, on December 19, 2007, Plaintiff filed a Complaint for declaratory and injunctive relief, pursuant to the ESA, 16 U.S.C. § 1540(g), and the Administrative Procedure Act ("APA"), 5 U.S.C. § 551 *et seq*., challenging the critical habitat designation for the California red-legged frog.

WHEREAS, in response to Plaintiff's complaint, Plaintiff and Defendants, agreed to a settlement of Plaintiff's claims in which Defendants agreed to propose to revise the critical habitat designation and to issue a final revised critical habitat designation for the California red-legged frog.

WHEREAS, the agreement of the parties was embodied in a Consent Decree [Docket No. 20] that was approved and entered as an order of this Court on April 2, 2008.  [Docket No. 21].

WHEREAS, Defendants now seek a modification of the consent decree that would extend the date for issuing a final revised critical habitat designation for the California red-legged frog by six months.

WHEREAS, the Endangered Species Act requires the Secretary to designate critical habitat "on the basis of the best scientific data available and after taking into consideration the economic impact, the impact on national security, and any other relevant impact of specifying any particular area as critical habitat."  16 U.S.C. § 1533(b)(2).

WHEREAS, Defendants prepared a draft economic analysis of the proposed critical habitat designation and issued the draft economic analysis for public comment.  74 Fed. Reg.

19184 (April 28, 2009).

WHEREAS, the Service has received comments on the draft economic analysis, including from the Small Business Administration, that the draft economic analysis is based in part on inaccurate data, which has resulted in some erroneous or incomplete conclusions regarding the impacts of the proposed critical habitat designation.

WHEREAS, Defendants require the additional time to correct the errors and deficiencies the Service has identified with the data and conclusions of the draft economic analysis.

WHEREAS, Plaintiff has agreed to Defendants' requested modification of the Consent Decree.

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1.      Paragraph 1 of the Consent Decree, as approved by this Court on April 2, 2008 [Docket No. 20], shall be modified to extend the deadline for the Service to submit to the *Federal Register* a final revised critical habitat designation for the California red-legged frog from  August 31, 2009 to March 1, 2010.

2.      The Service shall provide an additional thirty-day comment period on the revised economic analysis before issuing the final revised critical habitat designation.

3.     All remaining terms of the consent decree remain in effect and are unchanged by this modification.

Dated: August 25, 2009                         IT IS SO STIPULATED,


                                                 s/ Erin M. Tobin
                                               ERIN M. TOBIN (State Bar No. 234943)
                                               MICHAEL R. SHERWOOD (State Bar No. 63702)
                                               Earthjustice
                                               426 17th Street
                                               Oakland, CA 94612
                                               (510) 550-6725

                                               Attorneys for Plaintiff


                                               JOHN C. CRUDEN
                                               Acting Assistant Attorney General

                                               /s/ Jean E. Williams
                                               JEAN E. WILLIAMS, Chief
                                               United States Department of Justice
                                               Environment and Natural Resources Division
                                               Wildlife and Marine Resources Section
                                               Ben Franklin Station, P.O. Box 7369
                                               Washington, D.C. 20044-7369
                                               (202) 305-0210
                                               Jean.williams@usdoj.gov

                                               Attorneys for Defendants

Pursuant to Stipulation, IT IS SO ORDERED.


Dated _____   August 31, 2009

                                               _____
                                               WILLIAM H. ALSUP
                                               UNITED STATES DISTRICT JUDGE

4